UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                    Criminal No. 11-cr-163-01-JL

Sheena Levesque

## O R D E R

The assented to motion to reschedule jury trial (document no. 14) filed by defendant is granted; Final Pretrial is rescheduled to April 30, 2012 at 9:30 a.m.; Trial is continued to the two-week period beginning May 1, 2012, 9:30 a.m. The court appreciates counsel's conscientious inclusion of a STA calculation in the motion.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                      _____
                                                      Joseph N. Laplante
                                                      Chief Judge

Date: March 15, 2012

cc: Jeffrey S. Levin, AFD
    Debra M. Walsh, Esq.
    U.S. Marshal
    U.S. Probation